UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JOHN H. BURRELL ) | |
| ) | |
|    *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:99-cv-189 |
| ) | *Jordan* |
| DAVID MILLS, Warden ) | |
| ) | |
|    *Respondent*. ) | |

## MEMORANDUM AND ORDER

This petition for the writ of habeas corpus was dismissed for failure to exhaust state court remedies; the court next denied petitioner's motion to reconsider, his motion to stay proceedings, and his motion to alter or amend the judgment. Petitioner appealed and the Sixth Circuit denied petitioner a certificate of appealability and dismissed the appeal. *John H. Burrell v. David Mills*, No. 02-5479 (6th Cir. December 2, 2002). Petitioner has now filed a motion for relief from judgment, which is **DENIED**.

   **E N T E R:**

                                                        s/ Leon Jordan
                                         United States District Judge